IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01899-LTB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

BERNARD KENNETH RIVERS, JR.-EL, and
TRACI DAWN HAMILTON-RIVERS,

    Plaintiffs,

v.

STATE OF COLORADO, and
CITY OF GREELEY,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 11, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

    DATED at Denver, Colorado, this 11th day of July, 2014.

                                 FOR THE COURT,

                                 JEFFREY P. COLWELL, Clerk

                                 By: s/K Lyons
                                     Deputy Clerk